# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**
Structurlam Mass Timber U.S., Inc.
Debtor

Bankruptcy Case No.: 23-10497-CTG

Bankruptcy Chapter: 11

---

Heather Barlow

Plaintiff

vs.

JC LEWIS CONSTRUCTION

Defendant(s)

Adv. Proc. No.: 25-50553-CTG

## JUDGMENT BY DEFAULT

On 10/8/2025, default was entered against defendant(s) JC LEWIS CONSTRUCTION. The plaintiff has requested entry of judgment by default, has filed an affidavit of the amount due, and has stated that this/these defendant(s) is/are not in the military service. Furthermore, it appears from the record that this/these defendant(s) is/are not an infant or incompetent person. Therefore, pursuant to Fed.R.Civ.P. 55(b)(1), as incorporated by Fed.R.Bankr.P. 7055, judgment is entered against this/these defendant(s) in favor of the plaintiff as follows:

Judgment is entered against defendant(s) JC LEWIS CONSTRUCTION in the amount of $565,000 plus court filing costs in the amount of $350.00.

In addition, interest is hereby awarded to plaintiff at the rate provided in 28 U.S.C. 1961.

Date: 10/8/25

Stephen L Grant, Clerk of Court

CERTIFIED: AS A TRUE COPY: ATTEST: STEPHEN L. GRANT U.S. BANKRUPTCY COURT    Deputy Clerk    10/9/2025

By

(VAN-433a)

# Notice Recipients

District/Off: 0311−1     User: admin     Date Created: 10/8/2025
Case: 25−50553−CTG     Form ID: van433a     Total: 5

**Recipients of Notice of Electronic Filing:**
aty     Brenna Anne Dolphin     bdolphin@morrisnichols.com
aty     Jonathan Michael Weyand     jweyand@morrisnichols.com
aty     LESLIE B. SPOLTORE     leslie.spoltore@obermayer.com

                                                                                                                    TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
ust     U.S. Trustee     Office of the United States Trustee     J. Caleb Boggs Federal Building     844 King Street, Suite 2207     Lockbox 35     Wilmington, DE 19801
ust     U.S. Trustee     Office of United States Trustee     J. Caleb Boggs Federal Building     844 King Street, Suite 2207     Lockbox 35     Wilmington, DE 19899−0035

                                                                                                                    TOTAL: 2