UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:

Structurlam Mass Timber US., Inc...
    *Debtor*

Heather Barlow
    *Plaintiff*

vs.

JC Lewis Construction

    *Defendant*

Case No:   23-10497(CTG)

Adv.ProcNo: 25-50553(CTG)

## EXEMPLIFICATION CERTIFICATE

I, Stephen L. Grant, clerk of the bankruptcy court for this district and keeper of the records and seal of the court, certify that the documents attached are true copies of:
Adversary Proc No. 25-50553(CTG) Judgment by Default against JC Lewis Construction Docket # 19

now remaining among the records of the court. In testimony of this statement, I sign my name, and affix the seal of this court at Wilmington, in the State of Delaware, this 28th day of October, 2025

[Seal of Court]

_____
Clerk of the Bankruptcy Court

---

I, Craig T. Goldblatt, bankruptcy judge for this district certify that Stephen L. Grant is and was at the date of the above certificate clerk of the bankruptcy court for this district, duly appointed and sworn, and keeper of the records and seal of the court, and that the above certificate of the clerk and the clerk's attestation are in due form of law.

10/28/2025
Date

_____
Bankruptcy Judge

---

I, Stephen L. Grant, clerk of the bankruptcy court for this district and keeper of the seal of the court, certify that the Honorable Craig T. Goldblatt, and was on the date of the above certificate a judge of this court, duly appointed and sworn; and that I am well acquainted with this handwriting and official signature and know and certify the signature written above to be that of the judge.
    In testimony of this statement, I sign my name, and affix the seal of the court at Wilmington, in the State of Delaware, this 28th day of October, 2025.

[Seal of Court]

_____
Clerk of the Bankruptcy Court