

**Steven A. Haber**
Direct Dial: 215.665.3253
SAH@obermayer.com
www.obermayer.com

Obermayer Rebmann Maxwell & Hippel LLP
Centre Square West
1500 Market Street | Suite 340
Philadelphia, PA 19102-2101
P: 215.665.3000
F: 215.665.3165

November 20, 2025

<u>**VIA FEDEX OVERNIGHT**</u>
United States District Clerk
Ward R. Burke United States Courthouse
104 North Third Street
Lufkin, Texas 75901

**RE:   <u>Heather L. Barlow, Liquidating Trustee of the Structurlam Liquidating Trust
v. JC Lewis Construction, Adv. Proc. No. 25-50553-CTG (Bankruptcy Court of DE)</u>**

Dear Sir or Madam,

    This firm represents Heather L. Barlow, Liquidating Trustee of the Structurlam Liquidating Trust ("Barlow"), the plaintiff in the above-captioned action that was venued in the U.S. Bankruptcy Court for the District of Delaware. On October 8, 2025, the Clerk of the Court entered default judgment in favor of Barlow and against defendant, JC Lewis Construction in the amount of $565,350.00. Enclosed, please find the Clerk's Certification of Judgment to be Registered in Another District, accompanied by the Clerk's Exemplification Certificate. Also enclosed is our firm's check in the amount of $52.00 as payment of the filing fee associated with registering this foreign judgment.

    Kindly accept the enclosed certification for filing of the judgment in the U.S. District Court for the Eastern District of Texas. If you have any questions or require any further information, please contact William Saldutti at (215) 665-3004.

Very truly yours,

*/s/ Steven A. Haber*

Steven A. Haber, Esquire

SAB/cms
Enclosures

4909-0084-1851 v1