ORIGIN ID:MUVA   (215) 665-3292
COLEEN SCHMIDT
OBERMAYER REBMANN MAXWELL ETAL
1500 MARKET STREET
SUITE 3400 WEST
PHILADELPHIA, PA 19102
UNITED STATES US

SHIP DATE: 20NOV25
ACTWGT: 0.50 LB
CAD: 105010039/INET4535

BILL SENDER

TO  UNITED STATES DISTRICT CLERK
WARD R. BURKE COURTHOUSE
104 NORTH THIRD STREET

LUFKIN TX 75901
(936) 632-2739
INV:
PO:           REF: 101117.0001
              DEPT:

TRK#  8862 4628 4963
0201

FRI - 21 NOV 12:00P
PRIORITY OVERNIGHT

XX LUFKG    LFKA 75901
            TX-US  SHV

